Argued and submitted May 2, reversed and remanded for reconsideration
May 25, 1994

In the Matter of the Compensation of
Larry W. Gange, Claimant.

SAIF CORPORATION
and Polk Community Living, Inc.,
*Petitioners,*

*v.*

Larry W. GANGE,
Lou Surcamp Logging
and EBI Companies,
*Respondents.*

(WCB 90-21432, 90-15533; CA A75859)

877 P2d 1204

Michael O. Whitty, Special Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Quintin B. Estell argued the cause and filed the brief for respondent Larry W. Gange.

Lin A. Zimmerman argued the cause and filed the brief for respondents Lou Surcamp Logging and EBI Companies.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Drews*, 318 Or 1, 860 P2d 254 (1993).